IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-405-CR




CLARA JANE GARCIA,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY,


NO. 321,512, HONORABLE STEVE RUSSELL, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for theft. Punishment was assessed at
confinement for 60 days, probated.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1991).



[Before Chief Justice Carroll, Justices Aboussie and Kidd]

Dismissed On Appellant's Motion

Filed: January 8, 1992

[Do Not Publish]







January 8, 1992






Ms. Elsie F. Craven

9800 North Lamar

Suite 218

Austin, Texas 78753


Honorable Ken Oden

County Attorney

Travis County Courthouse

P. O. Box 1748

Austin, Texas 78767



 Re: No. 3-91-405-CR--Clara Jane Garcia v. The
State of Texas (t/c no. 321,512)


Counsel:


You are hereby notified that appellant's motion to withdraw appeal in the above cause was this
day submitted and granted. The appeal is dismissed on appellant's motion.


A copy of this Court's opinion and judgment are enclosed in accordance with Rule 91, Texas
Rules of Appellate Procedure.


The Court's mandate has been issued this date to the clerk of the trial court under separate cover.


 Very truly yours,


 DIANE O'NEAL, CLERK PRO TEM



 By

 Barbara E. Chapman, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable Steve Russell, County Judge

 Ms. Dana DeBeauvoir, County Clerk

MS. ELSIE F. CRAVEN

9800 NORTH LAMAR

SUITE 218

AUSTIN TX 78753

HONORABLE KEN ODEN

COUNTY ATTORNEY

TRAVIS COUNTY COURTHOUSE

P. O. BOX 1748

AUSTIN TX 78767